93 (Rev. 11/13) Search and Seizure Warrant

United States Courts
Southern District of Texas
FILED

NOV 21 2024

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*
IN THE MATTER OF THE SEARCH OF A BLACK
MOTOROLA CELLPHONE IN A RED AND BLACK
CASE, CURRENTLY LOCATED AT 802 N.
CARANCAHUA ST, CORPUS CHRISTI, TX.

)
)
)
)
)
)

Case No. C - 24 - MC - XXXXX.
5083

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Southern _____ District of _____ Texas
*(identify the person or describe the property to be searched and give its location)*:

See Attachment "A".

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment "B".

**YOU ARE COMMANDED** to execute this warrant on or before *April 3, 2024* *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Jason B. Libby _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: *March 20, 2024 at 2:50 p.m.*

City and state:     Corpus Christi, Texas

*Judge's signature*

Jason B. Libby, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: C-24-MC5083 | Date and time warrant executed: 11/19/2024 | Copy of warrant and inventory left with: Left inside evidence bag with cellphone |
| Inventory made in the presence of : ATF S/A Noble | | |

Inventory of the property taken and name of any person(s) seized:

No physical items were taken pursuant to the warrant; however multiple data items were retrieved off the cellular device, these items include:

1-Account Package
2-Chats
3-Email
4-Files
5-GPS
6-Icons
7-Photos
8-Passwords
9-Resources
10-Thumbnails
11-Timelines
12-Full File report containing approximately 5,333 pages of extracted data in a PDF document.

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    11/20/2024

*Executing officer's signature*

Austin Jochec - ATF Task Force Officer

*Printed name and title*